UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SIMON PHILLIPS,

    Plaintiff,

vs.

ERIK K. SHINSEKI, et al.,

    Defendants.
_____/

Civil Action No.
12-CV-14191

HON. MARK A. GOLDSMITH

## **JUDGMENT**

For the reasons stated in the opinion and order issued on today's date, it is ordered and adjudged that Defendants' motion to dismiss is granted and the case is dismissed.

Dated this 10 June 2013.

                                          DAVID J. WEAVER
                                        CLERK OF THE COURT

                          By:   s/Deborah J. Goltz
                                        DEPUTY COURT CLERK

APPROVED:

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE