UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SIMON PHILLIPS,

    Plaintiff,                     Civil Action No.
                                           12-CV-14191

vs.
                                           HON. MARK A. GOLDSMITH

ERIK K. SHINSEKI, et al.,

    Defendants.
_____/

## **JUDGMENT**

For the reasons stated in the opinion and order issued on today's date, it is ordered and adjudged that Defendants' motion to dismiss is granted and the case is dismissed.

Dated this 10 June 2013.

                                                           DAVID J. WEAVER
                                                           CLERK OF THE COURT


                            By:     s/Deborah J. Goltz
                                                           DEPUTY COURT CLERK


APPROVED:


s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE